**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                                          NO. 4:09CR00210-01 JLH

BRADLEY CLAYTON WALKER                                                          DEFENDANT

## ORDER

Defendant Bradley Clayton Walker was committed to the custody of the Attorney General for transport for mental evaluation on September 3, 2009. The Court received the written forensic evaluation of defendant from the Warden of the Federal Correctional Institution, in Fort Worth, Texas, on November 30, 2009, and copies have been provided to counsel for the defendant and counsel for the government.

The September 3, 2009, Order indicated that eleven (11) days from the date the examination report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities. If no motions are filed within eleven (11) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.

In the event counsel for the government or defendant disputes the findings in the forensic evaluation report, a motion for hearing, or motion in opposition to the report, including a concise statement of opposition to the report and supporting authorities, must be filed by ***Monday, December 14, 2009***. If no motions are filed, the Court will enter an Order based on the conclusions set forth in the report.

IT IS SO ORDERED this 2nd day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE