IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                   PLAINTIFF

v.                                   NO. 4:09CR00210-01 JLH

BRADLEY CLAYTON WALKER                                                   DEFENDANT

## ORDER

On December 2, 2009, the Court entered an order setting a deadline of December 14, 2009, for counsel for the government or defendant to dispute the findings in the forensic evaluation report, to file a motion for hearing, or motion in opposition to the report, including a concise statement of opposition to the report and supporting authorities.

No opposition to the report has been filed. Therefore, the conclusions stated in the report are adopted as the conclusions and findings of the Court

IT IS SO ORDERED this 16th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE