**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**VS.**                         **NO. 4:09CR00210-JLH-1**

**BRADLEY CLAYTON WALKER**                                            **DEFENDANT**

## ORDER

Defendant Bradley Clayton Walker orally moved for a motion for psychiatric evaluation on April 28, 2015. The motion was unopposed and granted. The United States Marshal for the Eastern District of Arkansas has informed the Court that defendant has been designated to Federal Detention Center - Houston, 1200 Texas Avenue, Houston, Texas ("FDC - Houston"), for the examination. Accordingly, the United States Marshal is directed to transport Mr. Walker to FDC - Houston, forthwith.

Under 18 U.S.C. § 4247(b) and (c), Mr. Walker is remanded to the custody of the Attorney General or his authorized representative for a period not to exceed thirty (30) days for a psychiatric or psychological examination pursuant to 18 U.S.C. § 4241; and that unless impracticable, the psychiatric or psychological examination shall be conducted in a suitable facility closest to the Court.

Under 18 U.S.C. § 4247(c), the person conducting the examination must file a report with this Court with copies to counsel for the United States, Assistant United States Attorney Linda Lipe, Post Office Box 1229, Little Rock, Arkansas, 72203, and to counsel

for the defendant, David R. Cannon, 425 West Broadway, Suite A, Little Rock, Arkansas, 72201.

The report must state whether Mr. Walker is suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Fourteen (14) days from the date the examination report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities.  If no motions are filed within fourteen (14) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report.

IT IS SO ORDERED this 14th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE