**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                       PLAINTIFF

v.                                        NO. 4:09CR00210-01 JLH

BRADLEY CLAYTON WALKER                                                                                    DEFENDANT

**ORDER**

On July 24, 2015, United States Magistrate Judge Beth Deere entered an order setting a deadline of August 7, 2015, for counsel for the government or defendant to dispute the findings in the forensic evaluation report, to file a motion for hearing, or motion in opposition to the report, including a concise statement of opposition to the report and supporting authorities.

No opposition to the report has been filed. Counsel for the government and defendant each stated no objection to the findings in the report on the record during the supervised release revocation hearing of this date. Therefore, the conclusions stated in the report are adopted as the conclusions and findings of this Court.

IT IS SO ORDERED this 26th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE