**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                PLAINTIFF

v.                                             NO. 4:09CR00210-01 JLH

BRADLEY CLAYTON WALKER                                                                          DEFENDANT

**ORDER**

Court convened on Wednesday, August 26, 2015, for a hearing on the government's motion to revoke the supervised release of defendant Bradley Clayton Walker. Document #64. Assistant United States Attorney Linda Lipe was present for the government. The defendant appeared in person and with his attorney, David Cannon.

At the onset of the hearing, the parties jointly requested that the matter be held in abeyance for a period of ninety (90) days to allow the defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed by the Court. Counsel for defendant further requested that Walker be released from custody. Without objection, the request was granted.

IT IS THEREFORE ORDERED that defendant Bradley Clayton Walker be released from the custody of the United States Marshal. All conditions of supervised release previously imposed remain in full force and effect.

IT IS FURTHER ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervised release previously imposed by November 24, 2015. In the event the defendant is found to be in violation of his conditions of supervised release prior to November 24, 2015, the United States Attorney is directed to submit the appropriate motion and the Court will

conduct a hearing.  If there are no additional violations and the defendant abides by all conditions of supervised release, the motion to revoke will be dismissed.

     IT IS SO ORDERED this 26th day of August, 2015.

                                            _____
                                            J. LEON HOLMES
                                            UNITED STATES DISTRICT JUDGE