**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                        PLAINTIFF

v.                                       NO. 4:09CR00210-01 JLH

BRADLEY CLAYTON WALKER                                                                                      DEFENDANT

## ORDER

The hearing on the government's Superseding Motion to Revoke the Supervised Release of defendant Bradley Clayton Walker is hereby rescheduled for **TUESDAY, JANUARY 26, 2016, at 9:15 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked.  Document #80.

IT IS SO ORDERED this 12th day of January, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE