# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                                 NO. 4:09CR00210-01 JLH

BRADLEY CLAYTON WALKER                                       DEFENDANT

## ORDER

The hearing on the government's Superseding Motion to Revoke the Supervised Release of defendant Bradley Clayton Walker is hereby rescheduled for **MONDAY, MARCH 20, 2017, at 10:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #91.

The government is directed to prepare the appropriate writ in order to have the defendant transported for this hearing.

IT IS SO ORDERED this 13th day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE