AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 20 2017
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| BRADLEY CLAYTON WALKER | |
| | Case No.  4:09CR00210 JLH |
| | USM No.  25566-009 |
| | David Cannon |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  Special/General/Standard  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Special (14) | Failure to participate in drug treatment program as directed | 03/19/2015 |
| 3 - Standard (7) | Illegal use of controlled substance | 10/01/2015 |
| 4 - Standard (2) | Failure to submit monthly report to probation office as directed | 03/31/2015 |
| 5 - Standard (5) | Failure to work regularly at a lawful occupation | 04/30/2015 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  8790

Defendant's Year of Birth:  1983

City and State of Defendant's Residence:
Ellsworth, Kansas

03/20/2017
Date of Imposition of Judgment

/s/ J. Leon Holmes
Signature of Judge

J. Leon Holmes            U.S. District Judge
Name and Title of Judge

03/20/2017
Date

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: BRADLEY CLAYTON WALKER
CASE NUMBER: 4:09CR00210 JLH

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 6 - General | Violation of federal, state, or local law | 01/29/2016 |
| 7 - Standard (11) | Failure to notify probation office of contact with law enforcement | 04/19/2015 |
| 8 - Standard (1) | Leaving judicial district without permission | 01/29/2016 |
| 9 - Standard (6) | Failure to notify probation office ten days prior to change in residence | 01/27/2016 |

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: BRADLEY CLAYTON WALKER
CASE NUMBER: 4:09CR00210 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

24 MONTHS imprisonment to run concurrently with the sentence the defendant is currently serving in the Kansas Department of Corrections (Case No. 2016-CR-0072); with NO TERM OF SUPERVISED RELEASE to follow

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL